

IN THE
TENTH COURT OF APPEALS

No. 10-08-00113-CR

MICHAEL VINCENT GALLARDO,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 04-05094-CRF-85

MEMORANDUM OPINION

Appellant has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a);

*McClain v. State*, 17 S.W.3d 310, 311 (Tex. App.—Waco 2000, no pet.). We have not

issued a decision in this appeal. Appellant personally signed the motion. Accordingly,

the appeal is dismissed.

PER CURIAM

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed September 17, 2008
Do not publish
[CR25]